NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HITACHI METALS, LTD.,**
*Appellant*

v.

**ALLIANCE OF RARE-EARTH PERMANENT MAGNET INDUSTRY,**
*Appellee*

---

2016-1824, -1825

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01265 and IPR2014-01266.

---

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The certified list is due on May 23, 2016.

2  HITACHI METALS, LTD. v. ALLIANCE OF RARE-EARTH

          FOR THE COURT

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s31